IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


FRANKIE LEE SPIKES, JR,

    Petitioner,
v.                                              CASE NO. 1:06-cv-00164-MP-AK

JAMES R. MCDONOUGH,

    Respondent.
_____/


## **REPORT AND RECOMMENDATION**

This cause is before the Court on Petitioner's amended petition for writ of habeas corpus. Doc. 5. On this occasion, Petitioner attacks his 1989 convictions for first degree premeditated murder and arson. This petition is patently an unauthorized second or successive petition. Although Petitioner answered "No" to the question regarding whether he had previously filed a § 2254 petition, that is not the case, a fact which this Court was unaware until Respondent filed a motion to dismiss. Doc. 14. In *Spikes v. Crosby*, Cause No. 1:92CV10061-MMP (N.D. Fla.), Petitioner attacked the same convictions now at hand. That petition was denied, and the cause dismissed. *See id*. at Docs. 11-13. The Court subsequently denied Petitioner a certificate of probable cause, *id*. at Doc. 20, a decision which was affirmed on appeal. *Id*. at Doc. 25.

Pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive habeas petition until a panel of the Eleventh Circuit has authorized its filing. There is no indication that Petitioner has satisfied the requirements for filing this case, and thus, it is not

properly before this Court for consideration. The fact that the original habeas petition was filed before the effective date of the AEDPA is of no consequence. *In re Medina*, 109 F.3d 1556, 1561-63 (11th Cir. 1997). Had the Petitioner answered Question 12 truthfully, which he declared under penalty of perjury that he was doing, the Court would never have directed Respondent to answer the petition in the first place.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That Respondent's motion to dismiss, Doc. 14, be **GRANTED**;

That the amended petition for writ of habeas corpus, Doc. 5, be **DENIED AS AN UNAUTHORIZED SECOND OR SUCCESSIVE PETITION**;

That this cause be **DISMISSED**.

**IN CHAMBERS** at Gainesville, Florida, this **28th** day of November, 2006.


　　　　　　　　　　　　　　　　　　**s/ A. KORNBLUM**
　　　　　　　　　　　　　　　　　　**ALLAN KORNBLUM**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**