IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANKIE LEE SPIKES, JR,

    Petitioner,

v.                                      CASE NO. 1:06-cv-00164-MP-AK

JAMES R MCDONOUGH,
STATE OF FLORIDA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Notice of Non-objection and Apology by Frankie Lee Spikes. In the Notice, he responds to the Report and Recommendation in this case, which had recommended dismissal of this petition as a successive petition, by admitting that his prior counsel had filed a habeas petition. The petitioner had thought it was an appeal, not a habeas petition. In any event, the Report and Recommendation should be adopted because this current petition is successive, and petitioner needs to seek permission to file it from the Eleventh Circuit. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *1st* day of May, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge